*James F. Glen* and *W. A. Carter,* for Appellees.

---

M. A. Galbreath, Plaintiff in Error, v. J. Lee McCory, as County Judge of Volusia County, and Others, Defendants in Error.

A Writ of Error to the Circuit Court for Volusia County.

Writ of Error dismissed by the Court as presenting a moot question.

*Tom B. Stewart* and *R. P. Hamlin,* for Plaintiff in Error;

*Landis, Fish & Hull,* for Defendants in Error.

---

George W. Mann, Appellant, v. C. A. Carson et al., Appellees.

An Appeal from the Circuit Court for Osceola County.

Appeal dismissed on motion of counsel for the respective parties.

*Johnston & Garrett,* for Appellant;

*Carson & Botts,* for Appellees.